**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jennie M., Charles O., and Preston R., Defendants,

Of whom Jennie M. is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2013-001832

Appeal From Spartanburg County
Usha J. Bridges, Family Court Judge

Unpublished Opinion No. 2014-UP-101
Submitted February 1, 2014 – Filed March 4, 2014

**AFFIRMED**

Amanda Morris Gallivan, of Christophillis & Gallivan, P.A., of Greenville, for Appellant.

Deborah Murdock, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Michael Todd Thigpen, of the Law Office of Michael Todd Thigpen, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:** Jennie M. appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**HUFF and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.